AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE LUIS LORENZO | CASE NUMBER: 08CR1983-LAB<br>08MJ1608 |

I, <u>JOSE LUIS LORENZO</u>, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___June 17, 2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Jose Luis Lorenzo*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer


FILED
JUN 17 2008
DISTRICT COURT
DISTRICT OF CALIFORNIA
DEPUTY